# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVIS, SR., | CASE NO. 1:07-CV-00302-LJO-DLB PC |
| Plaintiff, | ORDER DISREGARDING DOCUMENT |
| v. | ORDER DIRECTING CLERK OF COURT TO RETURN ATTACHMENTS TO PLAINTIFF |
| DR. JORDIN, et al., | WITHOUT FILING |
| Defendants. | |

Plaintiff, Bryan Davis, Sr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2008, plaintiff filed a document entitled, "Notice of Change of Address and 602's Documents". In it, plaintiff states that this action was dismissed by the District Judge on February 28, 2008, and that this case is currently pending before the Court of Appeals. Plaintiff also encloses copies of his 602 appeals for the Court's review.

A review of the Court docket for this action reveals that the Court did not issue any order in February 2008, and this action is not closed. Plaintiff's document, filed October 6, 2008 is HEREBY DISREGARDED.

Plaintiff is also advised that the Court cannot serve as a repository for plaintiff's evidence, and plaintiff may not file evidence with the Court until the course of litigation brings the evidence into question. The Court has not yet screened plaintiff's amended complaint, and there is no need at this time for plaintiff's 602 appeal forms. Accordingly, the Clerk of the Court is HEREBY DIRECTED to return the attachments to plaintiff without filing.

IT IS SO ORDERED.

Dated:  October 8, 2008                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE