# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JORDIN, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-00302-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(Doc. 19)<br><br>THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. §1915(g) |

　　Plaintiff Bryan Davis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On January 23, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  Plaintiff filed an Objection to the Findings and Recommendations on February 2, 2009.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendations, filed January 23, 2009, is adopted in full; and

2.　　This action is dismissed, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted.IT IS SO ORDERED.

**Dated:　　March 13, 2009**　　　　　　　　　　　／s／ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE